| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 22-CV-4306 |
|---|---|---|---|

| Securities and Exchange Commission |
|---|
| *versus* |
| Edward Constantin et. al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Amy Harman Burkart<br>U.S. Securities and Exchange Commission<br>33 Arch Street, 24th Floor<br>Boston, Massachusetts 02110-1424<br>Phone: 617-573-5905; Email: burkarta@sec.gov<br>MA & 651828<br>D. Mass 651828; SDNY AH2765 |
|---|---|

| Name of party applicant seeks to appear for: | Securities and Exchange Commission |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/13/2022 | Signed: *Amy Harman Burkart* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**      **This lawyer is admitted *pro hac vice*.**

Dated: _____      _____
                                    United States District Judge