UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 22-CV-4306 |
|---|---|---|---|

Securities and Exchange Commission

versus

Edward Constantin et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David J. D'Addio<br>U.S. Securities and Exchange Commission<br>33 Arch Street, 24th Floor<br>Boston, Massachusetts 02110-1424<br>Phone: 617-573-4526; Email: daddiod@sec.gov<br>MA: 665790; NY: 4472882; CT: 424805<br>D. Mass 665790; S.D.N.Y. 4472882; First Circuit: 1134643 |
| Name of party applicant seeks to appear for: | Securities and Exchange Commission |

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/13/2022 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

Dated:        Clerk's signature

**Order**        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                    United States District Judge