UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Securities & Exchange Commission, §
§
V. § C.A. Action: 4:22-4306
§
§
Edward Constantin, et al, §
§
Defendants.

## NOTICE OF TRANSFER

This case has been reassigned from the docket of Judge **Hittner** by:

    ___ Recusal

    ___ Transfer with Related Case _____

    _X_ Judges' Agreement

    ___ Other (Please explain) _____

The following action has been taken:

    ___ Case randomly reassigned to Judge _____

    _X_ Reassigned the case to the docket of Judge **Hanen**.

    ___ Other (Please explain) _____

_____

_____

*[signature]*
Case Manager

cc: Counsel of Record
      Case Manager for Judge Hanen