AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>*Plaintiff*<br>v.<br>JOHN RYBARCZYK<br>*Defendant* | Case No. 4:22-CV-04306 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOHN RYBARCZYK.

Date: 01/05/2023

/S/ STEPHANIE K. MCGUIRE
*Attorney's signature*

STEPHANIE K. MCGUIRE TBN 111000520
*Printed name and bar number*

819 LOVETT BLVD.
HOUSTON, TX 77006
*Address*

stephanie@hilderlaw.com
*E-mail address*

(713) 655-9111
*Telephone number*

(713) 655-9112
*FAX number*