UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-04306 |
|---|---|---|---|

**SECURITIES AND EXCHANGE COMMISSION**

*versus*

EDWARD CONSTANTIN, a/k/a "MrZackMorris," a/k/a "Edward Constantinescu," PERRY MATLOCK, a/k/a "PJ Matlock," THOMAS COOPERMAN, a/k/a "Tommy Coops," GARY DEEL, a/k/a "Mystic Mac," MITCHELL HENNESSEY, a/k/a "Hugh Henne," STEFAN HRVATIN, a/k/a "LadeBackk," DANIEL KNIGHT, a/k/a "Deity of Dips," and JOHN RYBARCYZK, a/k/a "Ultra Calls," a/k/a "The Stock Sniper,"

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eric Rosen<br>Freedman Normand Friedland LLP<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110<br>617-977-4163  Erosen@fnf.law<br>Massachusetts: 568931; New York: 4412326<br>D. Mass: 568931; SDNY: ER0637 |
|---|---|

| Name of party applicant seeks to appear for: | John Rybarczyk |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/10/2023 | Signed: | /s/ Eric Rosen |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge