United States District Court
Southern District of Texas
**ENTERED**
January 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-04306 |
|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION ||||
| *versus* ||||
| EDWARD CONSTANTIN, a/k/a "MrZackMorris," a/k/a "Edward Constantinescu," PERRY MATLOCK, a/k/a "PJ Matlock," THOMAS COOPERMAN, a/k/a "Tommy Coops," GARY DEEL, a/k/a "Mystic Mac," MITCHELL HENNESSEY, a/k/a "Hugh Henne," STEFAN HRVATIN, a/k/a "LadeBackk," DANIEL KNIGHT, a/k/a "Deity of Dips," and JOHN RYBARCYZK, a/k/a "Ultra Calls," a/k/a "The Stock Sniper," ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eric Rosen<br>Freedman Normand Friedland LLP<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110<br>617-977-4163  Erosen@fnf.law<br>Massachusetts: 568931; New York: 4412326<br>D. Mass: 568931; SDNY: ER0637 |
|---|---|

| Name of party applicant seeks to appear for: | John Rybarczyk |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No __✔__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/10/2023 | Signed: | /s/ Eric Rosen |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 1/11/2023     Clerk's signature: R. Hawkins

**Order**

Dated: 1/11/23

This lawyer is admitted *pro hac vice.*

United States District Judge