# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | Civil Action No. |
| | § | 4:22-cv-04306 |
| *Plaintiff*, | § | |
| | § | |
| v. | § | (JURY REQUESTED) |
| | § | |
| EDWARD CONSTANTIN, a/k/a "MrZackMorris," | § | |
| a/k/a "Edward Constantinescu," | § | |
| PERRY MATLOCK, a/k/a "PJ Matlock," | § | |
| THOMAS COOPERMAN, a/k/a "Tommy Coops," | § | |
| GARY DEEL, a/k/a "Mystic Mac," | § | |
| MITCHELL HENNESSEY, a/k/a "Hugh Henne," | § | |
| STEFAN HRVATIN, a/k/a "LadeBackk," | § | |
| DANIEL KNIGHT, a/k/a "Deity of Dips," and | § | |
| JOHN RYBARCYZK, a/k/a "Ultra Calls," a/k/a | § | |
| "The Stock Sniper," | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR GARY DEEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I appear in

this case as attorney-in-charge for defendant Gary Deel.

Respectfully submitted,

DAVID A. NACHTIGALL, ATTORNEY AT LAW, PLLC

*/s/ David A. Nachtigall*
David A. Nachtigall
Federal Bar No. 1358606
State Bar No. 24049076
1545 Heights, Ste. 100
Houston, Texas 77008
Tel 713.229.0008
Fax 713.650.1602
david@dntriallaw.com

*Attorney for Gary Deel*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy of the foregoing instrument has been sent to all interested counsel of record in accordance with the Federal Rules of Civil Procedure on this 19th day of January, 2023.

*/s/ David A. Nachtigall*
David A. Nachtigall