IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** <br><br> v. <br><br> **EDWARD CONSTANTIN, PERRY MATLOCK, THOMAS COOPERMAN, GARY DEEL, STEFAN HRVATIN, TOM COOPERMAN, DANIEL KNIGHT, and JOHN RYBARCYZK,** <br><br> **Defendants.** | Case No. 4:22-CV-04306 |

**[PROPOSED] ORDER**

**GRANTING UNOPPOSED MOTION TO INTERVENE AND STAY PROCEEDINGS**

Upon the unopposed motion of the United States, it is hereby ORDERED:

1.  The United States shall be permitted to intervene in this case for the limited purpose of seeking a stay of the proceedings in the above-referenced case; and

2.  Proceedings in the above-referenced case are hereby stayed for the reasons cited in the United States' unopposed motion and until the resolution of *United States v. Constantinescu et al.*, 22-cr-612.

_____                                  _____
ANDREW S HANEN                                                                              DATE
United States District Judge
United States District Court for the Southern District of Texas

Page 1 of 1