United States District Court
Southern District of Texas
**ENTERED**
January 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>v.<br><br>EDWARD CONSTANTIN,<br>PERRY MATLOCK,<br>THOMAS COOPERMAN,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>DANIEL KNIGHT, and<br>JOHN RYBARCYZK,<br><br>Defendants. | Case No. 4:22-CV-04306 |

## ORDER

### GRANTING UNOPPOSED MOTION TO INTERVENE AND STAY PROCEEDINGS

Upon the unopposed motion of the United States, it is hereby ORDERED:

1. The United States shall be permitted to intervene in this case for the limited purpose of seeking a stay of the proceedings in the above-referenced case; and

2. Proceedings in the above-referenced case are hereby stayed for the reasons cited in the United States' unopposed motion and until the resolution of *United States v. Constantinescu et al.*, 22-cr-612.

_____
ANDREW S HANEN
United States District Judge
United States District Court for the Southern District of Texas

1/23/23
DATE