IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| v. § | Case No. 4:22-CV-04306 |
| § | |
| PERRY MATLOCK, § | |
| § | |
| Defendant. § | |

## NOTICE OF APPEARANCE

COMES NOW Johnny Sutton and enters his appearance as counsel on behalf of Defendant Perry "PJ" Matlock.

Respectfully submitted,

/*s/ Johnny Sutton*
Johnny Sutton
jsutton@ashcroftlawfirm.com
Texas Bar No. 19534250
Ashcroft Sutton Reyes, LLC
919 Congress Ave., Ste. 1325
Austin, TX 78701
Phone: (512) 370-1800
Facsimile: (512) 397-3290

ATTORNEY FOR DEFENDANT
PERRY "PJ" MATLOCK

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 7th day of February 2022, copies of the foregoing were served on all registered parties via email and CM/ECF, concurrent with the filing of the same.

/s/Luis A. Reyes

Luis A Reyes

ATTORNEY FOR DEFENDANT
PERRY "PJ" MATLOCK