IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION § § § | |
| VS § | CIVIL ACTION NO. H-22-4306 |
| § § | |
| EDWARD CONSTANTINESCU, *et al* § | |

## ORDER

The Court will hold a hearing in this case on February 18, 2025 at 4:30 PM to consider lifting the stay and setting this case for trial in the very near future.

SIGNED this 7th day of February 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE